# Court of Appeals
# of the State of Georgia

ATLANTA, __January 14, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A0684. BEST BUY CO., INC. v. MCKINNEY.**

The above-referenced case was docketed with this Court on November 25, 2014, and appellant's brief was initially due on December 15, 2014. *See* Court of Appeals Rule 23 (a). Thereafter, appellant requested two extensions of time to file its brief, which this Court granted, and the most recent due date for the brief was January 8, 2015. On January 7, 2015, however, appellant filed the instant motion for a third extension of time for filing its brief.

In its motion, appellant explains that, on December 23, 2014, approximately a month after this appeal was docketed, it received notice of appellee's intent to file a cross-appeal. Appellant notes that the cross-appeal has not yet been docketed in this Court, and requests that, in the interest of judicial economy, the briefing schedule be further delayed to account for appellee's "late filed cross-appeal." Further, appellant asserts that appellee also wishes for a delay so that the appeals may be decided together.

Appellant's request for yet another extension of time to file its brief appears to be, in substance, a motion to consolidate this appeal with appellee's impending cross-appeal. However, because the cross-appeal has not yet been docketed, our two-term rule precludes us from consolidating these appeals in the same term of court. *See* GA. CONST. art. VI, § 9, para. 2. Thus, to accommodate the parties' wishes to have their appeals consolidated and in the interest of judicial economy, we **DENY** appellant's motion and **REMAND** this appeal to the trial court so that it may be docketed with

appellee's cross-appeal in the same term of court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* <u>01/14/2015</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*